# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BECKY CALDARULO and RAYMOND FOSSINGER,

    Plaintiffs,

    v.

ELITE REAL ESTATE LLC and MUHAMMAD DOE, *et al.*,

    Defendants.

Case No. C17-1333RSL

ORDER OF REMAND

    Elite RealEstate LLC, one of the putative defendants in this action, filed an unlawful detainer action in state court against "Becky Doe" and all other occupants of residential property commonly known as 322 20th Ave., Seattle, WA 98122. Two of the occupants removed the case to federal court and subsequently submitted a "Civil Complaint for Damages and Injunctive Relief" using the above caption.

    On September 21, 2017, the Court ordered the putative plaintiffs to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. No response having been received, the Clerk of Court is directed to remand this matter to King County Superior Court without delay.

//

ORDER OF REMAND - 1

Dated this 19th day of October, 2017.

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge